**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING CONDITIONS** |
| | ) | **OF RELEASE** |
| vs. | ) | |
| | ) | |
| Grant Fast Horse, | ) | Case No.  1:19-cr-232 |
| | ) | |
| Defendant. | ) | |

Before the Court is Defendant's Motion to Reconsider Order of Detention. Defendant is currently detained at the McLean County Jail in Washburn, North Dakota pursuant to an Order of this Court issued on March 16, 2021, directing his detention within the state until a residential treatment placement became available. See Doc. No.  47. Defendant now asks for release to Heartview Foundation in Bismarck, North Dakota to attend a residential treatment program commencing on March 29, 2021. The Court has been advised that the United States Pretrial Services Office and the United States are both in agreement with this request.

As such, the Court **GRANTS** the motion (Doc. No. 48) and **ORDERS** that the United States Marshal's Service transport Defendant from McLean County Jail to Heartview Foundation on March 29, 2021, arriving by 9:00 AM. Upon arrival at Heartview Foundation, he shall be released upon the following conditions:

1. Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by that Officer.

2. Defendant shall refrain from any use of alcohol or any use/possession of a narcotic drug and other controlled substances as defined in 21 U.S.C. 802 or state statute, unless prescribed by a licensed medical practitioner, and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial

Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive result.

3. Defendant shall not possess a firearm, destructive device or other dangerous weapon.

4. Defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.

5. Defendant shall reside at Heartview Foundation and shall participate in the center's programs and abide by its rules and regulations. If directed by the Pretrial Services Officer, Defendant shall pay a portion of the cost of residing at that facility. The supervising pretrial services officer may approve passes from the RRC for up to eight hours.

6. Defendant shall submit his/her person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

7. Defendant shall comply with all of the terms of his/her state or federal probation, parole, or supervised release.

8. After completion of, or termination from, inpatient treatment, Defendant shall report to the United States Marshal's Office in Bismarck with the understanding that he shall be detained pending further order of the Court.

**IT IS SO ORDERED**.

Dated this 24th day of March, 2021.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court